FILED

04/13/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 18-0501

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 18-0501

STATE OF MONTANA,

      Plaintiff and Appellee,

v.

SHAWN MARIE WALSTON,

      Defendant and Appellant.

## GRANT

Pursuant to authority granted under Mont. R. App. P. 26(1), the Appellant is given an extension of time until May 18, 2020, to prepare, file, and serve the Appellant's reply brief.

No further extensions will be granted.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
April 13 2020